IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| **LESLIE JUENGER,** *et al.*, | ) | |
| Plaintiff, | ) | |
| | ) | 2:03-cv-77 |
| v. | ) | |
| | ) | Phillips/Inman |
| **KING PHARMACEUTICALS,** *et al.*, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**O R D E R**

This matter is before the undersigned on the report and recommendation filed by United States Magistrate Judge Dennis H. Inman [Doc. 222]. There have been no timely objections to the report and recommendation, and enough time has passed since the filing of the report and recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the court is in complete agreement with the magistrate judge's conclusions. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the motion to certify class certification [Doc.

176] is **GRANTED**.

**IT IS SO ORDERED.**

**ENTER:**

**  s/Thomas W. Phillips  **
**UNITED STATES DISTRICT JUDGE**