UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| IN RE: KING PHARMACEUTICALS, INC., SECURITIES LITIGATION | ) ) | No. 2:03-CV-77 (Phillips) |

## ORDER

This matter is before the court on the report and recommendation filed by United States Magistrate Judge Dennis H. Inman [Doc. 325]. No objections have been filed by the parties. After a careful review of this matter, the court is in complete agreement with the magistrate judge's recommendation that the law firm of Weiss & Lurie be authorized to receive 80% of the total funds allocated for payment of the sub-class attorneys, and that the law firm of Abbey Spanier Rodd Abrahams & Paridis be allocated 20% of the funds. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). It is **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the law firm of Weiss & Lurie shall be paid 80% of the total funds allocated for payment of the sub-class attorneys, and that the law firm of Abbey Spanier Rodd Abrahams & Paridis be paid the remaining 20% of said funds.

**IT IS SO ORDERED.**

ENTER:

    s/ Thomas W. Phillips
United States District Judge